JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 393 -- IN RE GENERAL PUBLIC UTILITIES SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 6/22/79 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SERVICE -- Defendant General Public Utilities Corp. -- SUGGESTED TRANSFEREE DISTRICT -- D. New Jersey  Cases Involved: A-1 and A-2   (rew) |
| 6/29/79 | 3 | REQUEST FOR EXTENSION OF TIME TO RESPOND -- Plaintiff Gildenblatt  GRANTED TO ALL -- TO AND INCLUDING AUG. 10, 1979 (rew) Notified all counsel by letter. |
| 7/10/79 | | APPEARANCE -- Stephen A. Weiner for General Public Utilities Corp.; Gene Mesh for Nancy Gildenblatt; Arthur N. Abbey for Reba Seidel; Dickinson R. Debevoise for William G. Kuhns and Herman M. Dieckamp   (emh) |
| 7/16/79 | 2 | JOINT RESPONSE W/CERT. OF SVC.--Pltfs. Seidel and Gildenblatt. (ea) |
| 8/10/79 | | HEARING ORDER -- Setting A-1 and A-2 for hearing in the Northern District of Illinois on September 18, 1979 (cs) |
| 9/13/79 | | WAIVERS OF ORAL ARGUMENT: ALL PARTIES WAIVED   (cds) |
| 10/16/79 | | CONSENT OF TRANSFEREE COURT -- assigning Honorable Lawrence A. Whipple to handle litigation for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 10/16/79 | | TRANSFER ORDER -- transferring litigation to the District of New Jersey under Honorable Lawrence A. Whipple for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 79/12/27 | | ORDER REASSIGNING LITIGATION to the Honorable H. Lee Sarokin for coordinated or consolidated pretrial proceedings.   (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 393 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE GENERAL PUBLIC UTILITIES SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/16/79 | TO | Unpublished | D.N.J. | ~~Lawrence A. Whipple~~ H. Lee Sarokin | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 393 -- In re General Public Utilities Securities Litigation

*Docket Closed 9/15/83*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Nancy Gildenblatt v. General Public Utilities Corp., et al. | D.N.J. Whipple | 79-1420 | | | 9/15/83 D | |
| A-2 | Reba Seidel v. General Public Utilities Corp. | E.D.Pa. Troutman | 79-1749 | 10/16/79 | 79-3163 | 9/15/83 D | |
| XYZ-3 | Leslie Katz, etc. v. General Public Utilities Corp., et al. | D.N.J. Whipple | 79-3280 | | — | 9/15/83 D | |
| XYZ-4 | Nancy Gildenblatt v. General Public Utilities Corp., et al. | D. N.J. | 79-1420 | | — | 9/15/83 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 393 -- IN RE GENERAL PUBLIC UTILITIES SECURITIES LITIGATION

| | |
|---|---|
| NANCY GILDENBLATT (A-1)<br>Gene Mesh, Esquire<br>2005 Central Trust<br>Cincinnati, Ohio   45202<br><br>REBA SEIDEL (A-2)<br>Arthur N. Abbey, Esquire<br>212 East 39th Street<br>New York, New York   10016 | GENERAL PUBLIC UTILITIES CORP.<br>Stephen A. Weiner, Esq.<br>Winthrop, Stimson, Putnam<br>  & Roberts<br>40 Wall Street<br>New York, New York   10005<br><br>WILLIAM G. KUHNS<br>HERMAN M. DIECKAMP<br>Dickinson R. Debevoise, Esq.<br>Riker, Danzig, Scherer, Debevoise<br>  & Hyland<br>744 Broad Street<br>Newark, New Jersey   07102 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 393 -- IN RE GENERAL PUBLIC SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Public Utilities Corp. | A-1, A-2 |
| Louis J. Appell, Jr. | A-1 |
| John F. Burditt | A-1 |
| Herman M. Dieckamp | A-1 |
| Val B. Diehl | A-1 |
| Barbara Barnes Hauptfuhrer | A-1 |
| Warren J. Hayford | A-1 |
| William G. Kuhns | A-1 |
| George H. Lanier, Jr. | A-1 |
| Paul R. Roedel | A-1 |
| Ferdinand K. Thun | A-1 |