DOCKET NO. 393

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL PUBLIC UTILITIES SECURITIES LITIGATION

TRANSFER ORDER

All parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring the action pending in the Eastern District of Pennsylvania to the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in the District of New Jersey before the Honorable Lawrence A. Whipple. The Panel has found upon consideration of the papers submitted[1]/ that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Eastern District of Pennsylvania be, and the same hereby is, transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Lawrence A. Whipple for coordinated or consolidated pretrial proceedings with the action pending in the District of New Jersey and listed on Schedule A.

FOR THE PANEL

Murray I. Gurfein
Chairman

---

[1]/ The parties waived oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

MDL-393                                                                          SCHEDULE A

### DISTRICT OF NEW JERSEY

Nancy Gildenblatt v. General Public                     Civil Action
Utilities Corp., et al.                                 No. 79-1420

### EASTERN DISTRICT OF PENNSYLVANIA

Reba Seidel v. General Public Utilities                 Civil Action
Corp.                                                   No. 79-1749